UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER ZANDER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO; BETH KAFER; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  5:12-cv-01178 HRL<br><br>**ORDER (1) CONTINUING PRETRIAL CONFERENCE AND (2) REQUIRING PARTIES TO ADDRESS DEFICIENCIES IN THEIR PRETRIAL SUBMISSIONS** |

1. The Pre Trial Conference, presently set for December 3, 2013, is continued to January 7, 2014 at 1:30 pm.
2. Having briefly reviewed the parties' pretrial submissions, the court requires them to address the following:
   a. What is the statute upon which federal subject jurisdiction is based?  Citations to the Bill of Rights are insufficient.
   b. Does the 9th Amendment create a right that, if breached, can be addressed in damages?
   c. Is there a federal statute that creates a right to privacy, and---if so---can a breach be addressed in a suit for damages?
   d. Does the Complaint allege a claim based on a violation of a state law right to privacy?
   e. If there is a state law right to privacy, (i) would it be proper at this juncture to permit an amendment to the Complaint, and (ii) which defendant would be potentially liable for

its violation?

f. What possible basis appears in the present Complaint to support liability against the defendant County? See Monell v. Dep't of Social Services, 436 U.S. 658 (1978).

g. Do the parties stipulate, as is represented in several of the offered Jury Instructions, that defendant Kafer was acting under "color of state law"?

h. With respect to compliance with the court's Standing Order on Pretrial Preparation, the parties' Joint Pretrial Conference Statement:

- Failed to propose trial dates as required in paragraph 8(a);
- Failed to advise of the lodging of a three ring binder with the trial exhibits, properly numbered, as required in paragraph 8(h); and
- Failed to state the "substance" of each proposed witnesses' testimony as required in paragraph 8(g).

Accordingly, by December 23, 2013, the parties shall submit the following:

- A Supplemental Joint Pretrial Conference Statement that addresses paragraph h, above; and
- Briefs describing each side's position, with pertinent authorities, on paragraphs a, b, c, d, e, f, and g, above.

SO ORDERED.

Dated: November 27, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-01178-HRL Notice has been electronically mailed to:

Michael C. Serverian      mserverian@rllss.com, swallace@rllss.com

Steven Paul Cohn       spcohnlaw@aol.com, spc@jobslaw.org