United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12    JENNIFER ZANDER,                        Case No.  5:12-cv-01178 HRL

             Plaintiff,

13                                            **ORDER (1) CONTINUING PRETRIAL**
      v.                                      **CONFERENCE AND (2) REQUIRING**
14                                            **PARTIES TO ADDRESS**
      COUNTY OF SAN BENITO; BETH              **DEFICIENCIES IN THEIR PRETRIAL**
15    KAFER; DOES 1 through 50, inclusive,    **SUBMISSIONS**

16             Defendants.

17    1.  The Pre Trial Conference, presently set for December 3, 2013, is continued to January 7,

18        2014 at 1:30 pm.

19    2.  Having briefly reviewed the parties' pretrial submissions, the court requires them to

20        address the following:

21        a.  What is the statute upon which federal subject jurisdiction is based?  Citations to the

22            Bill of Rights are insufficient.

23        b.  Does the 9th Amendment create a right that, if breached, can be addressed in damages?

24        c.  Is there a federal statute that creates a right to privacy, and---if so---can a breach be

25            addressed in a suit for damages?

26        d.  Does the Complaint allege a claim based on a violation of a state law right to privacy?

27        e.  If there is a state law right to privacy, (i) would it be proper at this juncture to permit an

28            amendment to the Complaint, and (ii) which defendant would be potentially liable for

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

its violation?

f.   What possible basis appears in the present Complaint to support liability against the defendant County?  See Monell v. Dep't of Social Services, 436 U.S. 658 (1978).

g.   Do the parties stipulate, as is represented in several of the offered Jury Instructions, that defendant Kafer was acting under "color of state law"?

h.   With respect to compliance with the court's Standing Order on Pretrial Preparation, the parties' Joint Pretrial Conference Statement:

- Failed to propose trial dates as required in paragraph 8(a);

- Failed to advise of the lodging of a three ring binder with the trial exhibits, properly numbered, as required in paragraph 8(h); and

- Failed to state the "substance" of each proposed witnesses' testimony as required in paragraph 8(g).

Accordingly, by December 23, 2013, the parties shall submit the following:

- A Supplemental Joint Pretrial Conference Statement that addresses paragraph h, above; and

- Briefs describing each side's position, with pertinent authorities, on paragraphs a, b, c, d, e, f, and g, above.

SO ORDERED.

Dated:   November 27, 2013

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:12-cv-01178-HRL Notice has been electronically mailed to:

Michael C. Serverian      mserverian@rllss.com, swallace@rllss.com

Steven Paul Cohn      spcohnlaw@aol.com, spc@jobslaw.org

3