United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JENNIFER ZANDER,

Plaintiff,

v.

COUNTY OF SAN BENITO; BETH KAFER; DOES 1 through 50, inclusive,

Defendants.

Case No. 5:12-cv-01178 HRL

**ORDER CONTINUING PRETRIAL CONFERENCE**

Good cause appearing, primarily because the Settlement Conference to be held by Magistrate Judge Grewal that had been set for December 27, 2013 has been rescheduled to January 24, 2014, the Pretrial Conference is continued from January 7, 2014 to January 28, 2014, 1:30 p.m.

Also, the parties are to meet and confer and come to the Pretrial Conference with at least four mutually agreeable trial dates.

SO ORDERED.

Dated: January 3, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01178-HRL Notice has been electronically mailed to:

Steven Paul Cohn spcohnlaw@aol.com, spc@jobslaw.org

Sujata Trivedi Reuter sreuter@rllss.com, tr@rllss.com

United States District Court
Northern District of California